MASEK ET AL., APPELLEES, *v.* RELIANCE ELECTRIC COMPANY ET AL., APPELLANTS.

[Cite as Masek *v.* Reliance Elec. Co. (1991), 60 Ohio St. 3d 134.]

(No. 90-1557—Submitted April 24, 1991—Decided May 29, 1991.)

*Sindell, Rubenstein, Einbund, Pavlik, Novak & Celebrezze* and *Lewis Einbund,* for appellees.

*Baker & Hostetler, John H. Wilharm, Jr., Karen B. Newborn* and *Thomas F. Cooke II,* for appellants.

*Spater, Gittes, Schulte & Kolman, Frederick M. Gittes* and *Louis A. Jacobs,* urging affirmance for *amici curiae,* 9 to 5, Natl. Assn. of Working Women, and the Ohio Employment Lawyers Assn.

*Vorys, Sater, Seymour & Pease* and *James P. Friedt,* urging reversal for *amicus curiae,* the Ohio Manufacturers' Assn.

After reviewing the facts of this case, this cause is reversed on authority of *Helmick* v. *Cincinnati Word Processing, Inc.* (1989), 45 Ohio St. 3d 131, 543 N.E. 2d 1212, and the judgment of the trial court is reinstated.

MOYER, C.J., HOLMES, WRIGHT, H. BROWN and RESNICK, JJ., concur.

SWEENEY and DOUGLAS, JJ., dissent.